# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____12-123 M_____

2) Defendant's Name: __LUCIO__  __JESSICA__  _____
   (Last)          (First)          (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:____Yes ___No   Other District:_____

8) Name of Interpreter used today: Carmen Pascual   Language: Spanish

9) Arraignment on complaint held:__X_Yes ___No   Date/Time: 2/3/12

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:___ POD Entered:___

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 2/7/12 @ 11am

12) (a) Preliminary Hearing set for:_____; or waived: ✓

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: DOUGLAS PRAVDA

14) DEFENSE COUNSEL'S NAME: JAN ROSTAL
    Address:_____
    Bar Code:_____ CJA:___ FDNY: X  RET:____
    Telephone Number:(   )

15) LOG #: 338-341   MAG. JUDGE : MARILYN D. GO

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE