# United States District Court

___EASTERN___ DISTRICT OF ___NEW YORK___

UNITED STATES OF AMERICA

V.

Jessica Lucio
___Defendant___

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 12-123m

Upon motion of the ___Plt.___, it is ORDERED that a detention hearing is set for ___2/7/12___* at ___11:00 AM___
before ___MJ Arack___
___Name of Judicial Officer___

BROOKLYN, NEW YORK
___Location of Judicial Officer___

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
___Other Custodial Official___

___Feb. 3, 2012___
___Date___       ___Judicial Officer___

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.