<u>**CALENDAR : MAGISTRATE'S PROCEEDING**</u>

<u>**BEFORE MAG. JUDGE JOAN M. AZRACK**</u>        <u>DATE :   2 /7 /12</u>

<u>**DOCKET NUMBER: 12 M 123**</u>        LOG # :  <u>11:44 - 11:59</u>

<u>DEFENDANT'S NAME :    **JESSICA LUCIO**</u>
        ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

<u>DEFENSE COUNSEL :      **JAN ROSTAL**</u>
        ✓ Federal Defender     ___ CJA     ___ Retained

<u>A.U.S.A  **DOUGLAS PRAVDA**</u>        <u>DEPUTY CLERK :  **SM YUEN**</u>

INTERPRETER :    <u>Otxelita Plestel</u> (Language)    <u>Spanish</u>

_____ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

<u>OTHERS :</u>  _____

_____

_____